M. C. Belt v. Sophia C. Belt. No. 11,660. (61 Pac. 1130.) Error from Jewell district court. Opinion filed July 7, 1900. *Affirmed.* R. W. Turner, for plaintiff in error. T. S. Kirkpatrick, for defendant in error.

R. B. Shadduck and Martha L. Shadduck v. E. Stotts, *Administrator.* No. 11,689. (61 Pac. 1131.) Error from court of appeals, southern department. Opinion filed July 7, 1900. *Affirmed.* W. M. Whitelaw, F. A. Whitelaw, and W. H. Lewis, for plaintiffs in error. H. Fierce, and Prigg & Williams, for defendant in error.

A. Alice Bridge v. The Main Street Hotel Company *et al.* No. 11,681. (61 Pac. 754.) Error from Brown district court. Opinion filed July 7, 1900. *Dismissed.* Flansburg & Williams, and James Falloon, for plaintiff in error. James A. Clark, Johnson, Rusk & Stringfellow, S. L. Ryan, C. W. Reeder, and C. W. Ryan, for defendants in error.

The State of Kansas v. Robert June. No. 11,747. (61 Pac. 804.) Appeal from Dickinson district court. Opinion filed July 7, 1900. *Affirmed.* A. A. Godard, attorney-general, and J. S. West, for The State. H. S. Martin, and C. S. Crawford, for appellant.

*In re* W. L. Chamberlin. No. 11,770. (61 Pac. 805.) Original proceeding in *habeas corpus.* Opinion filed July 7, 1900. *Petitioner remanded.* Quinton & Quinton, for petitioner. A. A. Godard, attorney-general, A. P. Jetmore, county attorney, and J. S. West, for respondent.

E. S. Huston, *Trustee,* v. Amanda A. Pratt *et al.* No. 11,580. (62 Pac. 319.) Error from Rooks district court. Opinion filed October 6, 1900. *Dismissed.* S. N. Hawkes, for plaintiff in error. W. B. Ham, for defendants in error.

The City of Kansas City *et al.* v. Bruno Hobbs *et al.* No. 11,697. (62 Pac. 324.) Error from Wyandotte court of common pleas. Opinion filed October 6, 1900. *Reversed.* T. A. Pollock, and F. D. Hutchings, for plaintiffs in error. Bruno Hobbs, for defendants in error.

Mrs. C. Cooley v. C. W. Noyes *et al.* No. 11,778. (62 Pac. 1116.) Error from court of appeals, northern department. Opinion filed October 6, 1900. *Dismissed.* S. B. Isenhart, for plaintiff in error. Jetmore & Jetmore, for defendants in error.

I. S. Brundage and Herman Falk v. The Chicago, Rock Island & Pacific Railway Company. No. 11,573. (62 Pac. 657.) Error from Dickinson district court. Opinion filed November 10, 1900. *Dismissed.* S. S. Smith, and R. H. Kane, for plaintiffs in error. M. A. Low, and W. F. Evans, for defendant in error.

Lee Clark v. Monroe D. Herington. No. 11637. (62 Pac. 1116.) Error from Labette district court. Opinion filed November 10, 1900. *Affirmed.* T. N. Sedgwick, for plaintiff in error. David Martin, for defendant in error.

James Livingston v. The Kansas City, St. Joseph & Council Bluffs Railroad Company. No. 11,698. (62 Pac. 1117.) Error from Leavenworth district court. Opinion filed November 10, 1900. *Affirmed.* Fenlon & Fenlon, Geo. P. Rowe, and B. F. Endres, for plaintiff in error. John H. Atwood, Spencer & Monroe, and W. W. Hooper, for defendant in error.